

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Louisville Area Office

600 Dr. Martin Luther King Jr. Place
Suite 268
Louisville, KY 40202

19 DEC -3 PM 2:55

September 3, 2019

Joshua Simpson
115 Orchard Hills Drive, #342
Jeffersonville, IN 47130

    RE: Simpson v. Lincoln Heritage Council, Boy Scouts of America
       EEOC Charge Number: 474-2019-00366

Dear Mr. Simpson

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you and the Respondent provided, they do not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. While you may disagree with our decision, the dismissal is final.

Enclosed is your Dismissal and Notice of Rights. The Dismissal and Notice of Rights will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the Notice of Rights. If you do not file a lawsuit within the required 90-day period, your right to sue in the matter will expire and cannot be restored by the EEOC.

            Sincerely,

            *Lora Bentley for:*
            Richard Burgamy
            Director
            Louisville Area Office