## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| JOSHUA SIMPSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:19-cv-00879 |
| | ) |
| LINCOLN HERITAGE COUNCIL, INC., BOY SCOUTS OF AMERICA, JASON PIERCE, in his official and individual capacity, DAVID SIKES, in his official and individual capacity; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Counsel, Inc., Boy Scouts of America, Unknown Employees, Agents AND/OR Servants of Boy Scouts of America, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennifer S. Rusie of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 401 Commerce Street, Suite 1200, Nashville, TN 37219, hereby enters her appearance as Counsel for Defendants in the above-captioned matter.

Dated this 26th day of December 2019.

                                            Respectfully submitted,

                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.

                                            By: */s/ Jennifer S. Rusie*
                                            Jennifer S. Rusie, Esq., KY #97123
                                            401 Commerce Street, Suite 1200
                                            Nashville, TN 37219
                                            (615) 254-1900
                                            Jennifer.Rusie@ogletree.com

                                            Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2019, a true and accurate copy of the foregoing Notice of Appearance was served via U.S. Mail, postage pre-paid, upon the following:

Joshua Simpson
115 Orchard Hills Drive, #324
Jeffersonville, IN 47130

Pro Se Plaintiff

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie

2