IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-879-JRW |
| | ) | |
| LINCOLN HERITAGE COUNCIL, INC., | ) | |
| BOYS SCOUTS OF AMERICA; | ) | |
| BOYS SCOUTS OF AMERICA; | ) | |
| JASON PIERCE, in his official and | ) | |
| individual capacity; DAVID SIKES, in his | ) | |
| official and individual capacity; Unknown | ) | |
| Employees, Agents AND/OR Servants of | ) | |
| Lincoln Heritage Council, Inc., Boys Scouts | ) | |
| of America; Unknown Employees, Agents | ) | |
| AND/OR Servants of Boy Scouts of | ) | |
| America, | ) | |
| | ) | |
| Defendants. | ) | |

## THE UN-STAYED DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendants, Lincoln Heritage Council, Inc., Jason Pierce, and David Sikes (collectively, the "Un-Stayed Defendants"), by and through counsel, respectfully move the Court to enter an order extending the time for the Un-Stayed Defendants to answer or respond to the Complaint of Plaintiff, Joshua Simpson ("Plaintiff"), up to and including two weeks after the Court enters an order on the Un-Stayed Defendants' Motion to Stay Proceedings Pending Resolution of Bankruptcy or, in the Alternative, Stay for Ninety Days.

1. On December 2, 2019, Plaintiff filed his Complaint against the Un-Stayed Defendant and Defendant Boy Scouts of America (the "Stayed Defendant").

2. On January 27, 2020, the Stayed Defendant and Un-Stayed Defendants received a copy of Plaintiff's Complaint.

3. The Answers or other responsive pleadings to the Complaint of the Stayed Defendant and Un-Stayed Defendants were due on February 18, 2020.

4. On February 17, 2020, the Stayed Defendant and the Un-Stayed Defendants moved the Court for an extension of time to investigate the allegations of Plaintiff's Complaint and prepare their Answers or other responsive pleadings, up to and including March 17, 2020. Defs.' Mot. Extension Time to Ans. Pl.'s Compl. ¶¶ 1–7, ECF No. 11.

5. On February 18, 2020, after facing hundreds of lawsuits across the country, the Stayed Defendant filed a petition for bankruptcy in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 20-10343-LLS (the "Bankruptcy Action"), and filed its Suggestion of Bankruptcy in this action, notifying the Court and Plaintiff that an injunction had been placed into effect staying the continuation of the judicial action against the Stayed Defendant. Suggestion of Bankr. 1, ECF No. 12.

6. On February 18, 2020, the Stayed Defendant also filed in the Bankruptcy Action a motion for entry of scheduling certain deadlines, and, on February 26, 2020, the Bankruptcy Court set the motion to be heard on March 24, 2020. Notice of Hearing of the Debtors' Mot. Entry Order Scheduling Certain Deadlines at 1, *In re Boy Scouts of America & Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del. Feb. 26, 2020).

7. On February 28, 2020, the Court granted the Defendants' motion for an extension of time as to the Un-Stayed Defendants but denied the motion as moot as to the Stayed Defendant due to the automatic stay imposed by 11 U.S.C. § 362; the Un-Stayed Defendants' Answers or other responsive pleadings are currently due on March 17, 2020, which time has not yet expired. Order 1, ECF No. 15.

8. The Un-Stayed Defendants respectfully move the Court to extend the time for the Un-Stayed Defendants to answer or respond to the Complaint of Plaintiff, up to and including two weeks after the Court enters an order on the Un-Stayed Defendants' Motion to Stay Proceedings Pending Resolution of Bankruptcy or, in the Alternative, Stay for Ninety Days.

9. Since the Stayed Defendant filed its Suggestion of Bankruptcy on February 18, 2020, the Un-Stayed Defendants have not moved for an extension of time to answer or respond to Plaintiff's Complaint.

10. The Stayed Defendant and Un-Stayed Defendants need time to formulate a plan, not only with respect to the Stayed Defendant's reorganization in the Bankruptcy Action but also with respect to the insurance that covered the Un-Stayed Defendants' legal fees prior to the filing of the bankruptcy petition, which was provided to the Un-Stayed Defendants by the Stayed Defendant.

11. This motion is made for good cause and no prejudice will result by granting this extension of time.

12. On March 16 and 17, 2020, Defendants' counsel telephoned and emailed Plaintiff to determine whether Plaintiff agreed to Defendants' motion for an extension; Plaintiff, however, never responded to Defendants' counsel's telephone calls, voicemails, or emails.

WHEREFORE, the Un-Stayed Defendants, Lincoln Heritage Council, Inc., Jason Pierce, and David Sikes, respectfully request that this Court enter an order extending the time for the Un-Stayed Defendants to answer or respond to the Complaint of Plaintiff, up to and including two weeks after the Court enters an order on the Un-Stayed Defendants' Motion to Stay Proceedings Pending Resolution of Bankruptcy or, in the Alternative, Stay for Ninety Days.

Respectfully submitted,

/s/ Kevin Roberts
Jennifer S. Rusie, KY #97123
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: jennifer.rusie@ogletree.com

Kevin Roberts, KY #96835
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
Email: kevin.roberts@ogletree.com

## CERTIFICATE OF SERVICE

I certify on March 17, 2020, the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

I also certify that on March 17, 2020, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to the following:

>Joshua Simpson
>115 Orchard Hills Drive, #324
>Jeffersonville, IN  47130
>Jsh.simpson@gmail.com

s/ Kevin Roberts

42179209.1