**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:19-CV-879-JRW-CHL**

**JOSHUA SIMPSON,**                                                                                              **Plaintiff,**

**v.**

**LINCOLN HERITAGE COUNCIL, INC., et al.,**                                              **Defendants.**

## ORDER

Before the Court is the second Motion for Extension of Time to Answer Plaintiff's Complaint filed by Defendants Lincoln Heritage Counsel, Inc.; Jason Pierce; and David Sikes (collectively the "Non-Stayed Defendants"). (DN 18.) Defendants requested an extension through fourteen days from the date the Court rules upon the Non-Stayed Defendants' Motion to Stay Proceedings Pending Resolution of Bankruptcy (DN 16). (*Id.*)  In support, Defendants stated that they needed additional time to formulate a plan with respect to the bankruptcy proceedings and the insurance that covered the Non-Stayed Defendants legal fees prior to the filing of the bankruptcy petition. (*Id.*) Plaintiff filed a response in opposition arguing that the Defendants had not shown good cause for an extension and had demonstrated abusive tactics by waiting until the day before the current extension expired to file the instant motion for extension.  (DN 19.) Plaintiff also argued that the Non-Stayed Defendants' stated reasons for the extension were so general they could apply to any case.  (*Id.*)  The Court finds that the Non-Stayed Defendants have shown good cause for their requested extension given the pending motion and the likelihood that the ongoing bankruptcy would impair their ability to investigate Plaintiff's allegations and the availability of an affirmative defenses.

Accordingly,

IT IS HEREBY ORDERED that the Non-Stayed Defendants' Motion for Extension of Time to Answer Plaintiff's Complaint (DN 18) is **GRANTED**. Defendants Lincoln Heritage Counsel, Inc.; Jason Pierce; and David Sikes shall file an answer or response to Plaintiff's complaint within **fourteen days** of the Court's ruling on their pending Motion to Stay Proceedings (DN 15).

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record, *Pro se* Plaintiff

April 8, 2020

Appeal of this Order is subject to the terms and time limitations of Fed. R. Civ. P. 72(a) and L.R. 72.2.